**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **WILLIAM LEO RUMINER,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )  **Case No. CIV-22-675-G** |
| | ) |
| **WILLIAM RANKINS,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

Petitioner William Leo Ruminer, a state prisoner appearing pro se, filed a habeas

petition and an application seeking leave to proceed *in forma pauperis*. The matter was

referred to Magistrate Judge Gary M. Purcell for initial proceedings in accordance with 28

U.S.C. § 636.

On August 11, 2022, Judge Purcell issued a Report and Recommendation (Doc. No.

9) finding that Petitioner has available funds sufficient to prepay the $5.00 filing fee and

recommending that Petitioner's application for leave to proceed *in forma pauperis* be

denied.

In the Report and Recommendation, Judge Purcell advised Petitioner of his right to

object to the Report and Recommendation by August 31, 2022. Judge Purcell also advised

that a failure to timely object would constitute a waiver of the right to appellate review of

the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not filed any objection to the Report and Recommendation

or sought leave for additional time to do so.

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 9) in its entirety.  Petitioner's application for leave to proceed *in forma pauperis* (Doc No. 2) is DENIED.

Petitioner is advised that unless he pays the $5.00 filing fee in full to the Clerk of the Court on or before **September 29, 2022**, or shows good cause for his failure to do so, this action shall be subject to dismissal without prejudice.  *See* LCvR 3.3(e).

IT IS SO ORDERED this 8th day of September, 2022.

_____
CHARLES B. GOODWIN
United States District Judge